IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00158-MSK-09

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CHRISTOPHER JAMES SHEEHAN,

     Defendant.

---

## MINUTE ORDER

---

| | |
|---|---|
| Pursuant to the directions of | Nancy Marble, Deputy Clerk |
| Magistrate Judge Michael E. Hegarty | November 22, 2011 |

---

Upon request from chambers today,

IT IS HEREBY ORDERED that a hearing is set  for document 222,  Motion for Bond Setting (Forthwith) for the above mentioned defendant.   The hearing will be held on Wednesday, **November 23, 2011** at **10:30 am**, in Courtroom A501 before Magistrate Judge Hegarty, in the Alfred A. Arraj Courthouse.