# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover     Date:  May 14, 2012
Court Reporter:      Paul Zuckerman
Probation Officer:    Sergio Garza

Criminal Action No. 11-cr-00158-MSK

*Parties*:                          *Counsel*:

UNITED STATES OF AMERICA,     Michele Korver

       Plaintiff,

v.

ANTHONY BUCHANAN,         Scott Jurdem

       Defendant.

---

## SENTENCING MINUTES

---

**11:06 m.**      **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on January 27, 2012. Defendant pled guilty to Count 2 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #353)**. Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**        The Government's Motion for Downward Departure **(Doc. #353)** is **GRANTED.**

**ORDER:**        **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**        Bond is exonerated.

**11:52 a.m.**        **Court in recess.**

Total Time:    46 minutes.
Hearing concluded.