**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover        Date:   May 21,2012
Court Reporter:        Paul Zuckerman
Probation Officer:    Katrina Devine

Criminal Action No. 11-cr-00158-MSK

_Parties_:                                          _Counsel_:

UNITED STATES OF AMERICA,              Michele Korver

          Plaintiff,

v.

JACK FELLNER,                                    Abraham Hutt

          Defendant.

---

## SENTENCING MINUTES
_____

**11:08 a.m.      Court in session**.

Defendant present on bond.

**Change of Plea Hearing on February 21, 2012.  Defendant pled guilty to 8 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #357)**.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** **Document #356** shall be made **UNRESTRICTED**.

**ORDER:** The Government's Motion for Downward Departure **Doc. #357)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**11:44 a.m.** **Court in recess.**

Total Time:    36 minutes.
Hearing concluded.