IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush  Date: June 11, 2012
Court Reporter: Paul Zuckerman
Probation Officer: Sue Heckman

Criminal Action No. 11-cr-00158-MSK-01

*Parties*:      *Counsel*:

UNITED STATES OF AMERICA,      Michele Korver

     Plaintiff,

v.

JOAN ANASTASI,      James Jenkins

     Defendant.

---

## SENTENCING MINUTES
---

**3:38 p. m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on January 23, 2012. Defendant pled guilty to Count 1 of the Information.**

**ORDER:** Access is restricted to Exhibits 1 through 13 to Sentencing Statement and Request for Variant Sentence (Doc. 360). These exhibits are subject to the same restriction level as the presentence investigation report.

**ORDER:** The letter submitted to the Court today shall be filed under the same restriction level as the presentence investigation report.

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do request a departure.

Discussion regarding home detention.

**ORDER:** Defendant's Request for Variant Sentence (Doc. 360) is withdrawn.

Allocution. - Statements made by Mr. Jenkins and Ms. Korver.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

**ORDER:** United States §5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc. 362) is granted.

**ORDER:** United States' Motion for Forfeiture Money Judgment as to Defendant Joan Anastasi (Doc. 313) is granted.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Bond is exonerated.

Court will enter a written order granting United States' Motion for Forfeiture Money Judgment as to Defendant Joan Anastasi (Doc. 313).

**4:41 p.m.** **Court in recess.**

Total Time: 01:03
Hearing concluded.