# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | March 18, 2013 |
| Court Reporter: | Terri Lindblom | | |
| Probation Officer: | Michelle Means | | |

Criminal Action No. 11-cr-00158-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,            Michele Korver

       Plaintiff,

v.

7. WAYNE ALAN REID,                         John Schlie

       Defendant.

_____

## SENTENCING MINUTES
_____

**9:07 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on January 26, 2012.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: Defense counsel, the defendant, and the Government.

Statements by counsel regarding Government's Motion for Forfeiture.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

**ORDER:** **Motion for Preliminary Order of Forfeiture as to Defendant Wayne Alan Reid [Doc. No. 316, Filed March 9, 2012] is GRANTED.**

**ORDER:** **United States §5K1.1/§3553(e) Motion for Downward Departure Based on Substantial Assistance [Doc. No. 495, Filed March 12, 2013] is GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:38 a.m.** **Court in recess.**

Total Time:    00:31
Hearing concluded.