IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 11-cr-00158-MSK-05

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALFONSO ELVAO-ALLOCATI,

        Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

        The Judgment imposed on July 22, 2013, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the defendant. Accordingly,

        IT IS ORDERED that Defendant, ALFONSO ELVAO-ALLOCATI, shall surrender by reporting to the Warden at the Federal Correctional Institution Reeves, Pecos, Texas, on August 27, 2013, by 12:00 noon. Travel will be at his own expense.

        Dated this 13th day of August, 2013.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        Chief United States District Judge